EDWARD P. BARRETT, Respondent, *v.* JOHN V. SCHAEFER, JR., & COMPANY et al., Defendants, HUDSON TRUST COMPANY et al., Appellants, and CRAIG & BROWN, Respondent and Appellant.

*Barrett* v. *Schaeffer, Jr., & Co.*, 162 App. Div. 521, affirmed.
(Argued March 21, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1914, affirming a judgment of Special Term adjudging invalid the lien or assignment of the defendant Hudson Trust Company and adjudging valid the liens of the plaintiff and other lienors in an action to foreclose a mechanic's lien. The defendant John V. Schaefer, Jr., & Co. is the contractor to whom the vari-

ous lienors furnished either labor or materials or both. The defendant Hebrew Sheltering Guardian Society is the owner of the property situated in Westchester county against which the various liens are asserted. The contractor failed to complete its contract and it was completed by the owner at the contractor's expense, and upon the trial it was stipulated that after deducting the cost of the completion there remained in the hands of the owner to the credit of the contractor the sum of $27,696.01. The defendant Hudson Trust Company claims a right to share in this fund by virtue of an instrument which purports on its face to be an assignment of moneys due under the contract, which was given to secure the payment of a promissory note given by the defendant John V. Schaefer, Jr., & Co. to said trust company.

*Victor E. Whitlock* for Hudson Trust Company, appellant.

*Ralph H. Blum* and *Otto A. Samuels* for Craig & Brown, respondent and appellant.

*Wilson Randolph Yard* for Marshall & Hufcut et al., respondents and appellants.

*Henry R. Barrett* and *Floyd M. Grant* for Edward P. Barrett, respondent.

*Norbert Heinsheimer* for Fraitel Marble Company, respondent.

*Charles A. Hitchcock* for Lieberman & Sanford Co., respondent.

*Frank M. Avery* and *Henry W. Eaton* for Sargent & Co., respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.